| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Movie Grill Concepts XLV, LLC |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 20-32699 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Peninsula Main VA, LLC<br>16600 Dallas Parkway<br>Suite 300<br>Dallas TX 75248 | Ava Green<br>ava@peninsulatowncenter.com<br>Tel: (757) 838-1505 ext. 120 | Leased property Landlord | ☐ C<br>☐ U<br>☐ D | $428,298.90 | $0.00 | $428,298.90 |
| 2 | DOMINION ENERGY<br>PO BOX 26543<br>RICHMOND VA 23290-0001 | Charlene J. Whitfield<br>Tel: 800-222-0401 | | ☐ C<br>☐ U<br>☐ D | | | $40,237.29 |
| 3 | OTIS ELEVATOR COMPANY<br>ONE FARM SPRINGS<br>FARMINGTON CT 06032 | Kenyon Beasley<br>Kenyon.Beasley@otis.com<br>Tel: 704-621-3551 | | ☐ C<br>☐ U<br>☐ D | | | $15,603.00 |
| 4 | COLONIAL WEBB CONTRACTORS CO<br>2820 ACKLEY AVE<br>RICHMOND VA 23228 | Carolyn McWilliams<br>Carolyn.McWilliams@comfortsystemsusa.com<br>Tel: 804-916-4172 | | ☐ C<br>☐ U<br>☐ D | | | $10,167.85 |
| 5 | HOSHIZAKI SOUTHCENTRAL DC INC.<br>ACCOUNTS RECIEVABLE<br>15121 FRYE ROAD<br>FORT WORTH TX 76155 | Kelly Marincik<br>KAMarincik@hoshizaki.com<br>Tel: (817) 540-4665 | | ☐ C<br>☐ U<br>☐ D | | | $5,796.83 |
| 6 | GLOBAL REALTY SERVICES GROUP LLC<br>ACCOUNTING DEPARTMENT<br>29388 NETWORK PLACE<br>CHICAGO IL 60673-1293 | Terri Terry<br>tterry@grs-global.com<br>Tel: (253) 426-3655 | | ☐ C<br>☐ U<br>☐ D | | | $5,375.00 |
| 7 | WINDSTREAM ENTERPRISE<br>PO BOX 9001013<br>LOUISVILLE KY 40290-1013 | Tel: (800) 600-5050 | | ☐ C<br>☐ U<br>☐ D | | | $4,406.70 |

Debtor **Movie Grill Concepts XLV, LLC**     Case number *(if known)* **20-32699**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | NOVATIME TECHNOLOGY, INC<br>DEPT CH 16364<br>PALATINE IL 60055-6364 | Brandi Larson<br>blarson@ascentis.com<br>Tel: (909) 895-8100 | | ☐ C<br>☐ U<br>☐ D | | | $2,944.04 |
| 9 | EDWARD DON & COMPANY<br>2562 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | Faina Martynyuk<br>Faina MartynyukFainaMartynyuk@don.com<br>Tel: (800) 777-4366 | | ☐ C<br>☐ U<br>☐ D | | | $2,551.96 |
| 10 | CITY OF HAMPTON<br>PO BOX 636<br>HAMPTON VA 23669 | Ross A. Mugler<br>bl-excisedept@hampton.gov<br>Tel: 757-727-6700 | | ☐ C<br>☐ U<br>☐ D | | | $2,392.56 |
| 11 | PENINSULA TOWN CENTER CDA<br>PO BOX 3106<br>HAMPTON VA 23663 | Tel: (757) 727-6377 | | ☐ C<br>☐ U<br>☐ D | | | $2,265.00 |
| 12 | VENUE VALET CC HOLDINGS<br>6601 VAUGHT RANCH RD STE 101<br>AUSTIN TX 78730 | John Holstrom<br>holstrom@venue-valet.com<br>Tel: (512) 791-5758 | | ☐ C<br>☐ U<br>☐ D | | | $2,088.00 |
| 13 | PRODUCE SOURCE<br>13167 TELCOURT ROAD<br>ASHLAND VA 23005 | Linda Nelson<br>lnelson@webpsp.com<br>Tel: (757) 244-0191 | | ☐ C<br>☐ U<br>☐ D | | | $2,056.43 |
| 14 | HOTSCHEDULES.COM<br>3440 Preston Ridge Rd<br>Ste 650<br>Alpharetta GA 30005 | Danny Matthews<br>danny.matthews@hotschedules.com<br>Tel: 512-982-5542 | | ☐ C<br>☐ U<br>☐ D | | | $1,652.53 |
| 15 | SCENTAIR TECHNOLOGIES LLC<br>3810 SHUTTERFLY RD STE 900<br>CHARLOTTE NC 28217-3071 | Beverly Jonas<br>bjonas@scentair.com<br>Tel: (704) 504-2320 | | ☐ C<br>☐ U<br>☐ D | | | $1,535.94 |
| 16 | Alsco<br>ATTN: CORP ACCTS DEPT<br>505 EAST 200 SOUTH<br>SALT LAKE CITY UT 84102 | Diane Webster<br>Diane Websterdwebster@alsco.com<br>Tel: (302) 322-2136 | | ☐ C<br>☐ U<br>☐ D | | | $1,512.63 |
| 17 | VIRGINIA NATURAL GAS<br>PO BOX 5409<br>CAROL STREAM IL 60197-5409 | Tel: (866) 229-3578 | | ☐ C<br>☐ U<br>☐ D | | | $1,240.21 |
| 18 | NuCO2 LLC<br>PO BOX 417902<br>Boston MA 02241-7902 | Kenisha Russell-Alejo<br>Kenisha.Russell-Alejo@nuco2.com<br>Tel: (800) 472-2855 | | ☐ C<br>☐ U<br>☐ D | | | $1,141.17 |

Debtor **Movie Grill Concepts XLV, LLC**     Case number *(if known)* **20-32699**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Ecolab<br>PO Box 70343<br>Chicago IL 60673-0343 | Tracy Badger<br>Tracy.Badger@ecolab.com<br>Tel: (800) 352-5326 | | ☐ C<br>☐ U<br>☐ D | | | $1,030.64 |
| 20 | SMART CARE EQUIPMENT SOLUTIONS<br>PO BOX 74008980<br>CHICAGO IL 60674-8980 | Serjevah Davis<br>serjevah.davis@smartcaresolutions.com<br>Tel: (800) 822-2303 | | ☐ C<br>☐ U<br>☐ D | | | $840.90 |
| 21 | DirecTV<br>PO BOX 105249<br>ATLANTA GA 30348-5249 | Tel: 888-388-4249 | | ☐ C<br>☐ U<br>☐ D | | | $663.00 |

**Fill in this information to identify the case and this filing:**

Debtor name: Movie Grill Concepts XLV, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 20-32699

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/02/2020
            MM/DD/YYYY

✗ _____
Signature of individual signing on behalf of debtor

William Snyder
Printed name

CRO
Position or Relationship to Debtor